IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                    CASE NO. 1:99-cr-00006-MP

DEMETRIUS LEE BANKS,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 86, Motion for Review of Sentence and to Withdraw Plea by Demetrius Lee Banks. Having reviewed the motion, the court determines that it is simply another attempt to collaterally attack his sentence. However, Mr. Banks has had a previous § 2255 motion denied (doc. 68) and has not first secured the permission of the Eleventh Circuit to file a successive petition. Pursuant to 28 U.S.C. § 2244(b)(3)(A), this Court cannot consider a second or successive habeas petition until a panel of the Eleventh Circuit has authorized its filing. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this _9th_ day of October, 2007

        *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge