IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                  CASE NO. 1:99-cr-00006-MP

DEMETRIUS LEE BANKS,

　Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 90, which Defendant entitled, "Petitioner Pro-se Motion for Reduction of Sentence Pursuant to 18 U.S.C. § § 3582(c)(2) and U.S.S.G. Amendments 706 and 711." In the motion, Defendant argues that due to the above referenced amendment, "[t]he [Defendant] would [have] received a much lower sentence than what was given." As the Court instructed in a previous order, Doc. 89, however, Defendant was sentenced as an Armed Career Offender. Thus, the amendments do not lower the Guidelines ranges applicable to him, and the Court is not permitted to reduce the original sentence for this reason. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion at Doc. 90 is denied.

**DONE AND ORDERED** this  *2nd*  day of March, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge